No. 1472., NATIONWIDE THEATRES INVESTMENT Co. ET AL. v. THOMPSON ET AL.  C. A. 2d Cir.  Application for stay presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 1058.  PHILLIPS v. MARTIN MARIETTA CORP. C. A. 5th Cir.  [Certiorari granted, 397 U. S. 960.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 1405.  GRIGGS ET AL. v. DUKE POWER Co.  C. A. 4th Cir.  The Solicitor General is invited to file a brief expressing the views of the United States.  MR. JUSTICE BRENNAN took no part in the consideration or decision of this order.

No. 1979, Misc.  PAYNE v. HOCKER, WARDEN;

No. 2067, Misc.  McCARTNEY v. SUPERIOR COURT, SAN BERNARDINO COUNTY, ET AL.; and

No. 2109, Misc.  GARDNER v. CALIFORNIA ET AL.  Motions for leave to file petitions for writs of habeas corpus denied.